905 A.2d 916

**Kenneth FEIGHT, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Aug. 21, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of August, 2006, the Order of the Commonwealth Court is affirmed.